# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

### No. 201800030

---

### UNITED STATES OF AMERICA
Appellee

v.

### BRANDON C. LIGHTSEY
Hospitalman (E-3), U.S. Navy
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Lieutenant Commander George W. Lucier, JAGC, USN.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 10 May 2018

---

Before HUTCHISON, PRICE, and HINES, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court